UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 13 B 27334
                                                    CHAPTER 13
Alexander Colon
Nereida Colon                                       JUDGE JACQUELINE P COX

        DEBTORS                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN
files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed
below has been paid in full.

**Name of Creditor:** THE BANK OF NY MELLON

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 14 | 27 | 9963 2218 N MANGO AVE | $10,476.84 | $10,476.84 | $10,476.84 |
| Total Amount Paid by Trustee | | | | | $10,476.84 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors
have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 13-27334-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 22nd day of April, 2015.


Debtor:
Alexander Colon
Nereida Colon
2218 N Mango Ave
Chicago, IL  60639

Attorney:
FONFRIAS LAW GROUP LLC
70 W MADISON ST #1400
CHICAGO, IL  60602
via Clerk's ECF noticing procedures


Creditor:
THE BANK OF NY MELLON
% BAYVIEW LOAN SERVICING
4425 PONCE DE LEON BLVD 5TH
FL
CORAL GABLES, FL  33146

Creditor:
Bank of America
P.O Box 650070
Dallas, TX  75265-0070


ELECTRONIC SERVICE - United States Trustee


Date:  April 22, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603